UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XNERGY,<br><br>        Plaintiff,<br><br>v.<br><br>HESS MICROGEN LLC,<br><br>        Defendant.<br><br>HESS MICROGEN LLC,<br><br>        Counter-Claimant,<br><br>v.<br><br>XNERGY,<br><br>        Counter-Defendant. | Case No. 06cv343-WQH (BLM)<br><br>**ORDER (1) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR RELIEF FROM THE DISCOVERY CUTOFF-DATE [DOC. NO. 30], AND (2) SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On February 22, 2007 at 11:00 a.m., the Court heard oral argument on Plaintiff's Motion for Relief from the Discovery Cut-Off Date. Doc. No. 30. Appearing for Plaintiff was Louis Edleson. Appearing for Defendant was Daniel Harshman.

For the reasons stated on the record, Plaintiff's Motion for Relief from the Discovery Cut-Off Date is **GRANTED IN PART** and **DENIED IN PART**.

Doc. No. 30.  Specifically, Plaintiff's request for leave to depose Ray Costello and Brian Mefford after the January 26, 2007 discovery deadline is **GRANTED**.  Plaintiff's request for leave to depose Carl Dunaway after the discovery deadline is **DENIED**.  Moreover, Defendant's oral request for leave to depose Douglas Bearmar and Kenneth Pierson after the discovery deadline is **GRANTED**.  The Court emphasizes that the January 26, 2007 discovery deadline is extended only for the limited purpose of taking these four (4) additional depositions, and anticipates that these depositions shall be completed on or before **March 15, 2007**.

Finally, in order to ensure that these additional depositions are scheduled and completed in a timely manner, and good cause appearing, a telephonic, attorneys-only Case Management Conference shall be held before the Honorable Barbara L. Major on **March 1, 2007** at **2:00 p.m.**  The Court will initiate the conference call.  Failure of required counsel to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: <u>February 22, 2007</u>

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL