UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| XNERGY, | ) | CASE NO. 06cv343 WQH (BLM) |
| | ) | |
| Plaintiff, | ) | **ORDER RESCHEDULING RULE 26** |
| | ) | **COMPLIANCE AND PRETRIAL** |
| v. | ) | **CONFERENCE** |
| | ) | |
| HESS MICROGEN, LLC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| AND RELATED COUNTERCLAIM | ) | |
| _____ | ) | |

On August 29, 2007, the Honorable William Q. Hayes issued an order granting in part and denying in part defendant's motion for summary judgment. (Doc. #64.) Pursuant to this order, the parties were instructed to contact the chambers of the Honorable Barbara Major to schedule the remaining pretrial dates. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The parties must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) no later than **November 5, 2007**. The parties should consult Fed. R. Civ. P. 26(a)(3) for the

1  substance of the required disclosures.

2  **Please be advised that failure to comply with this section or**
3  **any other discovery order of the Court may result in the sanctions**
4  **provided for in Fed. R. Civ. P. 37, including a prohibition on the**
5  **introduction of designated matters in evidence**.

6  2.   No Memoranda of Contentions of Fact and Law are to be
7  filed unless so ordered by the Court.

8  3.   Counsel shall confer and take the action required by
9  Local Rule 16.1(f)(4) on or before **November 12, 2007**.  At this
10 meeting, counsel shall discuss and attempt to enter into stipula-
11 tions and agreements resulting in simplification of the triable
12 issues.  Counsel shall exchange copies and/or display all exhibits
13 other than those to be used for impeachment, lists of witnesses and
14 their addresses including experts who will be called to testify, and
15 written contentions of applicable facts and law.  The exhibits shall
16 be prepared in accordance with Local Rule 16.1(f)(2)(c).  Counsel
17 shall cooperate in the preparation of the proposed final pretrial
18 conference order.

19 4.   The proposed final pretrial conference order, including
20 written objections, if any, to any party's Fed. R. Civ. P. 26(a)(3)
21 pretrial disclosures, shall be prepared, served, and submitted to
22 the Clerk's Office on or before **November 19, 2007**, and shall be in
23 the form prescribed in and in compliance with Local Rule 16.1(f)(6).
24 Any objections shall comply with the requirements of Fed. R. Civ. P.
25 26(a)(3).  **Please be advised that the failure to file written**
26 **objections to a party's pretrial disclosures may result in the**
27 **waiver of such objections, with the exception of those made pursuant**
28 **to Rules 402 (relevance) and 403 (prejudice, confusion or waste of**

1 | **time) of the Federal Rules of Evidence.**
2 |     5.   The final pretrial conference is scheduled on the
3 | calendar of the Honorable William Q. Hayes on **November 26, 2007** at
4 | **11:00 a.m.** The trial date will be assigned by Judge Hayes at the
5 | pretrial conference.
6 |     6.   The dates and times set forth herein will not be
7 | modified except for good cause shown.
8 |     7.   Plaintiff's counsel shall serve a copy of this order on
9 | all parties that enter this case hereafter.
10 |
11 | DATED: September 6, 2007
12 |
13 |
14 |           BARBARA L. MAJOR
          United States Magistrate Judge
15 |
16 | COPY TO:
17 | HONORABLE WILLIAM Q. HAYES
   U.S. DISTRICT JUDGE
18 |
   ALL COUNSEL
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |