1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   XENERGY,                                  CASE NO. 06cv343 WQH (BLM)

12                          Plaintiff,          **ORDER**

           vs.
13   HESS MICROGEN LLC,

14                          Defendant.

15   HAYES, Judge:

16          On February 14, 2008, Defendant filed a Motion for Stay of Action Pending Trial of

17   State Court Action on Same Claims.  (Doc. # 75).  The hearing date for the Motion to Stay is

18   currently set for March 17, 2008.  On February 19, 2008, Defendant filed an Ex Parte

19   Application for an Order to Shorten Time for Hearing on the Motion to Stay, which seeks

20   order allowing the Motion to Stay to be heard before the March 14, 2008 deadline for filing

21   motions in limine.  (Doc. # 80).  On February 20, 2008, Plaintiff filed an Opposition to the Ex

22   Parte Application.  (Doc. # 81).

23          IT IS HEREBY ORDERED that the Ex Parte Application for an Order to Shorten Time

24   for Hearing on the Motion to Stay (Doc. # 80) is **DENIED.**

25          IT IS FURTHER ORDERED that the Court extends the deadline for filing motions in

26   limine to Friday, March 28, 2008.  The parties shall file and serve motions and limine **on or**

27   ///

28   ///

1  **before Friday, March 28, 2008.**  The parties shall file and serve any response to the motions

2  in limine **on or before Friday, April 4, 2008.**

3  DATED:  February 27, 2008

4  _William Q. Hayes_
   **WILLIAM Q. HAYES**

5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28