# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XNERGY,<br><br>                       Plaintiff,<br>vs.<br>HESS MICROGEN LLC,<br><br>                       Defendant. | CASE NO. 06cv343 WQH (BLM)<br><br>**ORDER** |

HAYES, Judge:

The joint motion to dismiss without prejudice (Doc. # 88) filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure is **GRANTED.** The above-captioned action is **DISMISSED without prejudice.**

DATED: April 16, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge